AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

NOV - 6 2024

MITCHELL R. ELFERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
Black Rifle bag currently in U.S. Border Patrol Custody at 3120 N. Main, Las Cruces, NM 88001
(more fully described below)

Case No. 24MR2052

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached and fully incorporated herein by reference.

located in the _____ District of New Mexico, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, attached and fully incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324 | Transportation and Harboring of Illegal Aliens, and Conspiracy To Do the Same |

The application is based on these facts:
See Attachment C, attached and fully incorporated herein by reference.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Adrian Parra Border Patrol Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone *(specify reliable electronic means)*.

Date: 11/06/2024

*Judge's signature*

City and state: Las Cruces, New Mexico

Kevin R. Sweazea, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## DESCRIPTION OF GRAY RIFLE BAG CARRIER TO BE SEARCHED

Item is a gray rifle bag and was found in a hallway closet of a residence in Los Arboles Trailer Park located at 2230 Doña Ana Rd. Trailer # 81, Las Cruces, NM. After agents identified and apprehended illegal aliens at the residence, agents searched for more illegal aliens possibly hiding and located the gray rifle bag carrier in the hallway closet.





**GRAY RIFLE BAG CARRIER**

## ATTACHMENT B

## DESCRIPTION OF PROPERTY TO BE SEIZED

Evidence, fruits, and instrumentalities of the violations of 8 USC § 1324, transporting and harboring illegal aliens, and conspiracy to do the same, including the following:

A. Firearms and any other weapons.

B. Valid and false travel immigration documents including passports, visas, immigration forms and other related documents.

C. Any safe deposit box keys, storage keys or records pertaining to safe deposit boxes or storage areas where additional fruits of the crime may be located.

The terms "records" and "information" include any and all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any electrical, electronic, optical, or magnetic form (such as any information on an electronic or magnetic or optical storage device, including but not limited to hard disks, thumb drives/USB drivers, ZIP/JAZ disks, compact disks, digital versatile disks, magneto-optical discs, backup tapes, printer buffers, smart cards, memory calculators, pagers, personal digital assistants, as well as printouts or readouts from any said device); any handmade form (such as writing, drawing); any mechanical form (such as printing, copying, videotaping, still or motion digital imaging, or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, motion pictures, photocopies).

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF THE APPLICATION )
OF THE UNITED STATES OF AMERICA )
FOR AN ORDER AUTHORIZING THE ) CASE NO. _____
SEARCH OF A GRAY RIFLE BAG CARRIER )

## AFFIDAVIT IN SUPPORT OF ORDER AUTHORIZING SEARCH WARRANT

I, Adrian Parra, being duly sworn, deposes and states the following:

### INTRODUCTION

1. I am a United States Border Patrol Agent (BPA) assigned to the Las Cruces Border Patrol Station in Las Cruces, NM. As a Border Patrol Agent, I have been trained and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 8, Title 18, and Title 21 of the United States Code. I have conducted investigations related to immigration laws violations since 2002 and have specialized in investigations involving human smuggling. During my twenty-two-year law enforcement career, I have received specialized training on the subjects of human smuggling and have been personally involved in investigations concerning the subject matter.

2. During my career as a Border Patrol Agent, I have served as a Task Force Agent (TFA) for the Drug Enforcement Administration (DEA) which focused on drug and immigration violations. I have participated in numerous aspects of alien smuggling and drug trafficking investigations including conducting physical surveillance, execution of search and arrest warrants,

undercover operations, analysis of phone and financial records, and the arrest of alien and drug smugglers. I have interviewed numerous defendants and other witnesses having extensive knowledge of the *modi operandi* of major alien smuggling organizations (ASO) and Drug Trafficking Organizations (DTO). I have also spoken on numerous occasions with other experienced alien smuggling investigators concerning the methods and practices of such violators. Through these investigations, training, experience, and conversations with other law enforcement personnel, I have become familiar with the methods alien smugglers use to take hostage, transport, conceal, harbor, or to shield from detection illegal aliens. I have also become familiar with the similar methods drug smugglers use to conduct illicit activity.

3. I know, based upon my training and experience, as well as information relayed to me during the course of my official duties, that members of ASOs routinely use wire, electronic, and application communication facilities, including cellular telephones, WhatsApp, Messenger, Facebook, other electronic means, to communicate operational directives and information concerning the conduct of the organization's illegal activities to other organization members. I also know that individuals who deal in alien and drug smuggling commonly maintain contact information, such as telephone numbers, for their business associates in their electronic devices, including cellphones.

4. During the course of my duties, I have found that ASOs often utilize ledgers to keep track of how many aliens they smuggle, how much each alien is being charged, where they are being taken, and other similar information. I have also interviewed alien smugglers who worked for different ASOs, yet they utilized the same stash houses and transport vehicles. As a result, alien smugglers need to keep track of which ASOs the aliens are associated with by utilizing

ledgers.

5. I know, based upon my training and experience, as well as information relayed to me during the course of my official duties, that ASOs and the stash houses that they maintain often have money and evidence of money transfers for the fees that they have charged to harbor and transport illegal aliens, as well as travel documents and identifications, both real and false, relating to the illegal aliens that the ASO is harboring and transporting. I have found that ASOs also utilize firearms to maintain order in a stash house and at times to intimidate illegal aliens, so they won't attempt to escape or cause a potential threat to any caretakers.

## BACKGROUND

6. The statements in this affidavit are based on information I have gained through investigation as well as my own experience, training, and background as a Border Patrol Agent, and information provided by other law enforcement agents who I believe to be reliable. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause for a search of the gray rifle bag carrier. I make this Affidavit based on personal knowledge and on the basis of information received from other law enforcement officers and/or agents.

7. As will be shown below, there is probable cause to believe that evidence, fruits, and instrumentalities of violations of 8 USC § 1324 are currently located within the gray rifle bag carrier. I am submitting this affidavit in support of a search warrant authorizing a search of the gray rifle bag carrier, which is more particularly described in Attachment A. I am requesting authority to search the gray rifle bag carrier, where the items specified in

Attachment B may be found, and to seize all items listed in Attachment B as instrumentalities, fruits, and evidence of crime.

## PROBABLE CAUSE

8. On November 3, 2024, at approximately 0800 a.m., U.S. Border Patrol Agents (BPA) currently assigned to the Disrupt Unit (DU) out of the Las Cruces, New Mexico U.S. Border Patrol Station received information from a U.S. Border Patrol Agent currently assigned to the El Paso Hardened Facility in El Paso, Texas regarding information of a five-year-old boy. BPA stated after interviewing a known smuggler, the smuggler stated he picked up an unaccompanied five-year-old boy from a Walmart in El Paso, TX and transported him to a stash house (trailer) located in Los Arboles Trailer Park at 2230 Doña Ana Rd. Trailer # 81, Las Cruces, NM. BPA also provided the DU with photos of the trailer and of several individuals carrying an M-4 rifle.

9. On November 4, 2024, Las Cruces DU Agents along with Deputies with the Dona Ana Sheriff's Department responded to the location and conducted a knock and talk. During the knock and talk, DU Agents made contact with an individual who then granted agents access inside the mobile home. DU Agents saw other individuals attempting to conceal themselves behind the door and entered the trailer.

10. Once inside the Mobile Home, DU Agents immediately noticed a little boy matching the description provided by the BPA. DU Agent immediately took custody of the little boy and handed him over to DASO Deputies for safety purposes. As DU Agents searched the trailer they encountered an additional five illegal aliens.

11. During the search of illegal aliens, DU Agents encountered a gray rifle bag carrier in the hallway closet. Due to agents having knowledge of a possible rifle being in the trailer, DU

Agents secured the gray rifle bag carrier and secured it at the Las Cruces Border Patrol Station. DU Agents questioned all illegal aliens as to the gray rifle bag carrier and they all stated it the gray rifle bag carrier did not belong to them.

12. An inventory of the gray rifle bag carrier has yet to be performed as a search warrant is pending.

## CONCLUSION

13. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that evidence, fruits and instrumentalities used in committing violations of 8 USC § 1324, transporting and harboring illegal aliens, and conspiracy to do the same, which are listed specifically in Attachment B, incorporated herein by reference, are presently located withing the gray rifle bag carrier.

Accordingly, I respectfully request that this Court issue a warrant authorizing a search of the gray rifle bag carrier, which is described with particularity in Attachment A, for the items described in Attachment B.

Respectfully submitted,

_____
Adrian Parra, Border Patrol Agent
United States Border Patrol

Subscribed and sworn to before me by telephone
on this 6th day of November 2024:

_____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE